# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS KUHN,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| v. | : | |
| **LIBERTY MUTUAL INSURANCE COMPANY,** | : | NO. 2:22-cv-02445-MRP |
| **Defendant.** | : | |

## ORDER

**AND NOW,** this 20th day of March, 2024, upon consideration of Defendant's Motion for Summary Judgment (ECF 14), Plaintiff's Motion for Partial Summary Judgment (ECF 17), and the responses thereto, it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment is **GRANTED**.

2. Plaintiff's Motion for Partial Summary Judgment is **DENIED**.

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
Hon. Mia R. Perez